BENJAMIN HILL, Administrator, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued March 22, 1876; decided April 14, 1876.)

*E. Harris* for the appellant.

*J. H. Martindale* for the respondent.

Agree to affirm. No opinion.
All concur, except ALLEN, J., not voting.
Judgment affirmed.